IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICELAND SEED COMPANY d/b/a**
**STRATTON SEED COMPANY** **PLAINTIFF**

V. CASE NO. 5:09CV0359

**MIDSTATES AG SERVICES, INC.,** **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have settled this case and the plaintiff desires to dismiss all claims against the defendant.

Accordingly, this action is dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED this 17th day of March, 2010.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE